**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SEMANTIC ENGINES LLC, | Civil Action No. 2:26-cv-339 |
| Plaintiff, | |
| vs. | **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

**COMPLAINT FOR PATENT INFRINGEMENT**

This is an action for patent infringement in which Plaintiff Semantic Engines LLC ("Semantic") makes the following allegations against Defendant Microsoft Corporation ("Microsoft") for infringing the Asserted Patents asserted in this matter.

**PARTIES**

1. Plaintiff Semantic is a single-member limited liability company. Semantic's sole member is Dmitri Soubbotin, who is a citizen of New York.

2. Defendant Microsoft is a Delaware corporation with a principal place of business at One Microsoft Way, Redmond, WA 98052. Microsoft has been registered to do business in the State of Texas since March 13, 1995, and may be served with process via its registered agent: Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

1

4.      This Court has personal jurisdiction over Microsoft because Microsoft conducts business in and has committed acts of patent infringement in this District and the State of Texas and has established minimum contacts with this forum state such that the exercise of jurisdiction over Microsoft would not offend traditional notions of fair play and substantial justice.

5.      Microsoft has several corporate offices throughout the State of Texas, including in at least the following cities: Austin, Houston, Irving, and San Antonio.



Source:   Google Street View of Microsoft Corporation Austin, Stonelake Blvd Suite 225, Austin, TX 78759 (last visited Apr. 22, 2026)



Source:   Google Street View of Microsoft Corporation, 7000 State Hwy 161, Irving TX 75039 (last visited Apr. 22, 2026)



Source:   Google Street View of Microsoft Corporate Office, 750 Town and Country Blvd Suite #1000, Houston, TX 77024 (last visited Apr. 22, 2026)



Source:    Google Street View of Microsoft Corporation, 401 E Sonterra Blvd, San Antonio, TX (last visited Apr. 22, 2026)

6.    Microsoft further owns and operates significant data center infrastructure in the State of Texas, including a 470,000 square foot Microsoft Azure data center at 5150 Rogers Rd., San Antonio, TX.



Source:   *Microsoft Azure: South Central US-Texas*, DataCenters.com, https://www.datacenters.com/microsoft-azure-south-central-us-texas (last visited Apr. 22, 2026)

7.      As of October 2025, Microsoft's data center facilities in Texas employ approximately 530 people in the State of Texas. *Microsoft Datacenters in Texas*, Microsoft (Oct. 2025), https://local.microsoft.com/wp-content/uploads/2025/10/Microsoft-datacenters-in-Texas.pdf.

8.      Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Microsoft has regular and established physical places of business in this District and has committed acts of patent infringement in this District. Microsoft, through its own acts, makes, uses, sells, and/or offers to sell infringing products within this District, regularly does and solicits business in this District, and has the requisite minimum contacts with this District, the State of Texas, and elsewhere in the United States, such that this venue is a fair and reasonable one.

9.      Microsoft offers its products and services throughout Texas, including in this District, by shipping, distributing, offering for sale, selling, and advertising its products and services through its website that is accessible within this District, and through its physical business locations within this District.

10.      For example, Microsoft operates Microsoft Windows Stores throughout the State of Texas, including in this District. The following are just three examples of such stores in this District: (1) 2800 N Central Expy Plano, TX 75074; (2) 1800 S Loop 288 Ste 102, Denton, TX 76205; and (3) 3333 Preston Rd Frisco, TX 75034.



Source:    *Talking Retail: The New Windows Store Only at Best Buy*, Windows, https://blogs.windows.com/windowsexperience/2013/06/13/talking-retail-the-new-windows-store-only-at-best-buy/ (last visited Apr. 22, 2026)

11.    These Microsoft Windows Stores are operated by Microsoft as regular and established places of business for Microsoft. They are, as Microsoft itself touts, Microsoft Windows Stores within Best Buy, or a "store-within-a-store." *Microsoft and Best Buy Announce the Windows Store Only at Best Buy*, Microsoft, (June 13, 2013), https://news.microsoft.com/source/2013/06/13/microsoft-and-best-buy-announce-the-windows-store-only-at-best-buy-2/; *see also Talking Retail: The New Windows Store Only at Best Buy*, Windows (June 13, 2013), https://blogs.windows.com/windowsexperience/2013/06/13/talking-retail-the-new-windows-store-only-at-best-buy/ ("Today, we announced a strategic partnership to create the Windows Store only at Best Buy, a comprehensive store-within-a-store in 500 Best Buy locations across the United States and more than 100 Best Buy and Future Shop locations in Canada. The stores within Best Buy will range in size from 1,500 square feet to 2,200 square feet and will be the premier destination for consumers to see, try, compare and purchase a range of

products and accessories . . . .”).

12.    Indeed, as Microsoft has stressed, “unlike a lot of store-within-a-store concepts, this will actually be a department-level takeover within Best Buy stores.” *Id.* “As we said earlier this year, retail is a priority, and this partnership with Best Buy is a prime example of our commitment to the customer experience in evaluating, experiencing and enjoying Microsoft devices, and the software and services that connect them.” *Id.* “[T]hey’ve asked us to showcase touch-first devices in a compelling retail environment. We’ve listened, and the story of the Windows Store is that we’ve delivered what customers want: more touch, more hands-on experiences and more opportunities to see Microsoft technologies and how they work together.” *Id.* In short, “[t]he Windows Store at Best Buy is really just another great opportunity to reach customers in more places and give them choice in their technology-buying experience.” *Id.*

13.    Microsoft maintains its distinct business identity at these Best Buy Windows Store locations, renting the space from Best Buy and holding out its Windows Stores as discrete retail locations. *See, e.g.*, Thomas Lee, *Store Within a Store Concept*, Star Tribune (July 14, 2013), https://www.startribune.com/best-buy-bets-big-on-store-within-store-concepts/215301161/ (“Microsoft and Samsung are essentially leasing their spaces from Best Buy . . . .”).

14.    Microsoft is responsible for and controls the day-to-day operations of such stores. Microsoft is responsible, *inter alia*, for its “own pricing and merchandise.” *Id.* These stores are serviced by “Microsoft-trained sales associates to create an engaging customer experience.” *Microsoft and Best Buy Announce the Windows Store Only at Best Buy*, Microsoft, (June 13, 2013), https://news.microsoft.com/source/2013/06/13/microsoft-and-best-buy-announce-the-windows-store-only-at-best-buy-2/. Employees are trained by Microsoft on the newest Microsoft technologies, including the very functionality accused of infringement in this case—Microsoft

Copilot. *See Best Buy Brings Copilot+ PCs to Life for Customers*, Best Buy (June 18, 2024), https://corporate.bestbuy.com/2024/best-buy-brings-copilot-pcs-to-life-for-customers/.

15.     Microsoft has hosted many "Coffee with Copilot" events at its Best Buy Windows Stores to promote, demonstrate, offer for sale, and sell the accused Copilot functionality to customers. *See Microsoft's Coffee With Copilot Scales Nationwide Following Initial Success*, Elevate, https://weareelevate.global/usa/blog/our_work/coffee-with-copilot/ (last visited Apr. 22, 2026); *Kristine Reeves' Post*, LinkedIn (Dec. 15, 2025), https://www.linkedin.com/feed/update/urn:li:activity:7406354855801540608/ (last visited Apr. 22, 2026).

16.     Furthermore, Microsoft has long owned and maintained significant amounts of property in this District. Microsoft owns and maintains millions of dollars of business personal property in Collin County, located in this District.



Source:     *Property Search*, Collin Central Appraisal District, https://esearch.collincad.org/search/ (last visited Apr. 22, 2026) (search results for "Microsoft" for Year 2026)

17.     Microsoft also owns and maintains significant amounts of business personal property in Denton County, located in this District.



Source:    *Property      Search*,    Denton    Central    Appraisal    District,
https://www.dentoncad.com/property-search (last visited Apr. 22, 2026) (search results
for "Microsoft" for 2025)

18.     As property search records indicate, Microsoft owns and maintains tangible assets valued at over $40,000 at the Microsoft Windows Store located at 2800 N Central Expy Plano, TX 75074 in this District.

19.     In addition to maintaining Microsoft Windows Stores as regular and established business in this District, Microsoft maintains regular and established business in this District through its long-term commitment and investment in data center infrastructure in this District.

20.     As property search records indicate, Microsoft owns and maintains over $2 million in data servers at Aligned Data Centers, located at 2800 Summit Ave, Plano, TX 75074, within this District.



Source:    Dave Montgomery, *Texas Lures Data Centers, Not for Jobs but for Revenue*, N.Y. Times (Apr. 26, 2016) ("a customizable customer pod containing servers at Aligned Data Centers in Plano, Tex.")



Source:    Google Street View of 2800 Summit Ave, Plano, TX 75074 (last visited Apr. 22, 2026)

21.     Microsoft's website confirms that its "Azure Front Door" has a "point-of-presence (POP)" [1] location in "Plano, TX, USA." *Azure Front Door POP Locations by Metro*, Microsoft, https://learn.microsoft.com/en-us/azure/frontdoor/edge-locations-by-region (last visited Apr. 22, 2026). Microsoft's website further confirms that its "Azure Content Delivery Network" also has a "point of presence (POP)" location in "Plano, TX, USA." *Azure Content Delivery Network Coverage By Metro*, Microsoft, https://learn.microsoft.com/en-us/azure/cdn/cdn-pop-locations (last visited Apr. 22, 2026).

22.     In 2023, Microsoft announced a multi-billion-dollar deal with specialist cloud computing provider CoreWeave to use its datacenters for Microsoft's Azure workloads. Sebastian Moss, *Microsoft Signs Multi-Billion Dollar Deal With GPU Cloud Provider CoreWeave to Meet AI Needs*, Data Center Dynamics (June 2, 2023), https://www.datacenterdynamics.com/en/news/microsoft-signs-multi-billion-dollar-deal-with-gpu-cloud-provider-coreweave-to-meet-ai-needs/. This deal includes a $1.6 billion datacenter in this District in Plano, Texas. *See* Sebastian Moss, *CoreWeave Plans $1.6bn AI Cloud Data Center in Plano, Texas*, Data Center Dynamics (July 25, 2023), https://www.datacenterdynamics.com/en/news/coreweave-plans-16bn-ai-cloud-data-center-in-plano-texas/.

23.     Microsoft's investment in data center infrastructure within this District is part of its long-term commitment and strategy of investing billions of dollars in capital expenditures to support the growth of its artificial intelligence ("AI") offerings. *See Microsoft Datacenters*,

---

[1] POPs are part of content delivery networks—a distributed network of servers that can efficiently deliver web content to users. "A content delivery network store[s] cached content on edge servers in point of presence (POP) locations that are close to end users, to minimize latency." *What is a Content Delivery Network on Azure?*, Microsoft, https://learn.microsoft.com/en-us/azure/cdn/cdn-overview (last visited Apr. 22, 2026).

Microsoft, https://datacenters.microsoft.com/ (last visited Apr. 22, 2026).  Such data center facilities are integral to Microsoft's core business operations and directly support the delivery of Microsoft's products and services, including the accused Copilot functionality and cloud services. *Id.* ("Microsoft is continuing to make substantial investments in datacenter infrastructure to support the growing demand for artificial intelligence (AI) and cloud services.").

24.    Furthermore, in a recently announced deal valued at approximately $40 billion, an AI-focused consortium comprising Microsoft and others agreed to acquire Aligned Data Centers, headquartered in Plano, Texas in this District. Ashley Capoot, *Nvidia, Microsoft, xAI and BlackRock Part of $40 Billion Deal for Aligned Data Centers*, CNBC (Oct. 15, 2025), https://www.cnbc.com/2025/10/15/nvidia-microsoft-blackrock-aligned-data-centers.html.    The acquisition is expected to be completed in the first half of 2026, with Aligned Data Centers' corporate headquarters remaining in Plano, Texas, in this District. *See* Dan Swinhoe, *2025 Data Center M&A In Review*, Data Center Dynamics (Jan. 21, 2026), https://www.datacenterdynamics.com/en/analysis/2025-data-center-ma-in-review/.

25.    This acquisition will make Microsoft a co-owner of Aligned Data Center's portfolio of data center infrastructure, including three data center facilities spanning 82 acres in Plano, Texas, in this District. This includes the 19-acre Plano campus where, on information and belief, Microsoft already owns and maintains millions of dollars in data center infrastructure as a regular and established place of business. *See Aligned Data Centers Opens Ultra-Efficient Data Center in Plano*, Aligned Data Centers, https://aligneddc.com/press-release/aligned-data-centers-opens-ultra-efficient-data-center-in-plano/ (last visited Apr. 22, 2026).

26.    These data centers, servers, and related facilities located in this District, which are maintained and operated by Microsoft as regular and established places of business, serve as the

12

physical infrastructure underlying the accused Copilot functionality. *See* Andy Beatman, *Azure OpenAI Service Powers the Microsoft Copilot Ecosystem*, Microsoft (Dec. 14, 2023), https://azure.microsoft.com/en-us/blog/azure-openai-service-powers-the-microsoft-copilot-ecosystem/. Because Microsoft's cloud computing platform, Azure, operates on the physical data center infrastructure maintained and operated by Microsoft within this District, Copilot necessarily relies upon and is processed through these regular and established places of business physically located in this District.

27.    Beyond purposefully locating the physical infrastructure through which Microsoft delivers its infringing Copilot functionality in the State of Texas and this District, Microsoft, directly and/or through subsidiaries and agents (including distributors, retailers, and others), makes, imports, ships, distributes, offers for sale, sells, uses, and advertises (including offering products and services through its websites) its Copilot functionality in the United States, the State of Texas, and this District. Microsoft's Copilot functionality is built on and delivered through Microsoft's Azure cloud computing platform, which operates on physical data center infrastructure located within the State of Texas and this District, as described above. Microsoft, through its website, purposefully and knowingly offers and sells its Copilot functionality to customers within this District.

28.    At minimum, Microsoft, directly and/or through its subsidiaries and agents (including distributors, retailers, and others), has purposefully and voluntarily placed its Copilot functionality into the stream of commerce with the expectation that it will be purchased and used by consumers in this District. Microsoft actively promotes Copilot to consumers in this District through its website, its Microsoft Windows Stores within Best Buy retail locations in this District, and through in-person promotional events such as "Coffee with Copilot" hosted at Best Buy

locations. These infringing products and/or services have been and continue to be purchased and used by consumers in this District.

29.     Thus, Microsoft is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to Microsoft's substantial business in the State of Texas and this District, including through its past and ongoing infringing activities, because Microsoft regularly does and solicits business herein, and/or Microsoft has engaged in persistent conduct and/or has derived substantial revenues from goods and services provided in the State of Texas and this District.

## SEMANTIC AND SOUBBOTIN

30.     Semantic is a single-member limited liability company located in New York. Mr. Soubbotin is the sole member of Semantic and the sole inventor of the asserted patents in this case.

31.     Mr. Soubbotin received a M.S. in Computer Science from the Scientific-Research Institute of Computing Machinery in Moscow, Russia. He also received a B.S. in Applied Math with honors from the Moscow Institute of Economics and Statistics.

32.     Following his education, Mr. Soubbotin began working in the field of intelligent text processing in the 1990s and later focused on new approaches to text mining, natural language processing, semantic analysis, summarization, and Internet search.

33.     In 2007, Mr. Soubbotin founded Semantic.

## THE ASSERTED PATENTS

34.     This complaint asserts causes of action for infringement of United States Patent No. 8,239,358 (the "'358 Patent"), United States Patent No. 9,218,414 (the "'414 Patent"), and United States Patent No. 10,783,192 (the "'192 Patent") (collectively, the "Asserted Patents").

35.     All three Asserted Patents are entitled "System, Method, and User Interface for a

Search Engine Based on Multi-Document Summarization." All Asserted Patents are part of the same patent family and identify Mr. Soubbotin as their sole inventor. All Asserted Patents also claim priority to a provisional application filed by Mr. Soubbotin on February 6, 2007.

36.     On August 7, 2012, the U.S. Patent and Trademark Office ("USPTO") duly and legally issued the '358 Patent. The '358 Patent was filed on January 30, 2008, as Application No. 12/023,014, and claims priority to U.S. Provisional Application No. 60/888,515, filed on February 6, 2007. A true and correct copy of the '358 Patent is attached as **Exhibit A.**

37.     On December 22, 2015, the USPTO duly and legally issued the '414 Patent. The '414 Patent was filed on June 29, 2012, as Application No. 13/539,098. The '414 Patent is a continuation-in-part of Application No. 12/023,014, filed on January 30, 2008, now U.S. Patent No. 8,239,358. The '414 Patent claims priority to U.S. Provisional Application No. 60/888,515, filed on February 6, 2007. A true and correct copy of the '414 Patent is attached as **Exhibit B**.

38.     On September 22, 2020, the USPTO duly and legally issued the '192 Patent. The '192 Patent was filed on December 4, 2015, as Application No. 14/960,213. The '192 Patent is a continuation-in-part of Application No. 13/539,098, filed on June 29, 2012, now U.S. Patent No. 9,218,414, and a continuation-in-part of Application No. 12/023,014, filed on January 30, 2008, now U.S. Patent No. 8,239,358. The '192 Patent claims priority to U.S. Provisional Application No. 60/888,515, filed on February 6, 2007. A true and correct copy of the '192 Patent is attached as **Exhibit C**.

39.     Each of the Asserted Patents is assigned to Semantic. Semantic is the sole owner of the Asserted Patents and holds all rights, title, and interest in the Asserted Patents, including the sole and exclusive right to bring claims for infringement.

40.     Microsoft has no license under the Asserted Patents, either expressly or implicitly,

15

nor does Microsoft enjoy or benefit from any rights in or to the Asserted Patents whatsoever.

## THE INVENTIONS OF THE ASSERTED PATENTS

41.     The Asserted Patents generally teach methods and systems for sending a query to a system core, where the query is passed to a search component for searching multiple documents; the system core receives results from the search component indicating related documents and passes a specified number of those results to a summarization component; and the summarization component processes the related documents to produce a multi-document summary comprising a digest on a topic specified by the query, with attached reference links to individual related documents from which sentences and text fragments have been extracted. The Asserted Patents further disclose steps for displaying the multi-document summary, extracting and displaying semantic concepts, and enabling the user to refine queries, navigate the summary, view related documents, request additional summaries, exclude or include documents, choose display preferences, modify or regroup summary contents, save summaries, and provide feedback to the system.

42.     The methods and systems disclosed by the Asserted Patents were not well understood, routine, or conventional at the time of invention. The Asserted Patents instead are directed to solving problems in prior search technologies, which returned mere lists of links requiring users to manually navigate through multiple documents to find relevant information. The Asserted Patents solve these problems by, among other things, automatically searching, summarizing, and organizing search results from multiple documents into a coherent digest with reference links, thereby providing users with a comprehensive and accessible presentation of search results.

43.     Before the inventions described in the Asserted Patents, users who submitted a

query to a search engine were presented with a list of links to web pages deemed relevant to the query. Each link had to be opened and read separately to access the information. Search queries often yielded multiple sources on the subject, sometimes with contradictory information. As a result, users spent considerable time searching for satisfactory results, often sifting through multiple pages of website links. User satisfaction with search results was low, even for popular search engines. While some search engines provided individual snippets on the search engine results page, no system combined a search engine with multi-document summarization technology to produce a consolidated summary of multiple search results as the primary output of the user's search.

44.     Semantic's inventions solved those problems by providing a system, method, and user interface for a search engine based on multi-document summarization. The inventions teach systems and methods for sending a query to a system core, where the query is passed to a search component for searching multiple documents; the system core receives results from the search component indicating related documents and passes a number of those results to a summarization component; and the summarization component processes the related documents to produce a multi-document summary comprising a digest on a topic specified by the query, with attached reference links to individual related documents. The inventions also disclose steps for displaying the multi-document summary, extracting and displaying semantic concepts, and enabling the user to refine queries, navigate the summary, view related documents, request additional summaries, and provide feedback to the system. This new type of search result eliminated the need for users to manually navigate through numerous individual website pages.

## **MICROSOFT'S ACCUSED FUNCTIONALITY**

45.     Microsoft makes, uses, offers to sell, sells, and/or imports into the United States products and/or systems that infringe the Asserted Patents through its Copilot functionality (the

"Accused Functionality"), which Microsoft offers both as a standalone product and as a product embedded into Microsoft's other products and services.

46.    Microsoft Copilot is an AI assistant or a tool that "can answer questions, draft messages, organize ideas, or help [users] plan everyday tasks." *What Does AI Mean?*, Microsoft (Apr. 1, 2026), https://www.microsoft.com/en-us/microsoft-copilot/for-individuals/do-more-with-ai/general-ai/what-does-ai-mean?form=MA13JR. As Microsoft explains, "Copilot is an AI-powered assistant that can help [users] browse the web and much more!" *What is Copilot, and How Can You Use It?*, Microsoft (last updated Mar. 3, 2026), https://www.microsoft.com/en-us/microsoft-copilot/for-individuals/do-more-with-ai/general-ai/what-is-copilot?form=MA13JR. Microsoft's Copilot functionality utilizes generative AI ("GenAI") models—artificial intelligence models capable of generating text, images, or other content. OpenAI's Generative Pre-Trained Transformer ("GPT") models are one type of GenAI model that Copilot can utilize.

47.    Microsoft offers Copilot as both a standalone and integrated product. As a standalone product, it is available through the web at https://copilot.microsoft.com/, as a mobile application through the iOS and Android app stores, and as a desktop application through the Windows and Mac stores. *See, e.g., id.; Getting Started with Microsoft Copilot*, Microsoft, https://support.microsoft.com/en-us/topic/getting-started-with-microsoft-copilot-8fde147f-726e-4790-9503-70790ddcac73 (last visited Apr. 22, 2026).

48.    Copilot is also integrated through many of Microsoft's other products, including Microsoft's Edge browser, Windows 11 Operating System, and Bing Search, as well as Microsoft's suite of 365 applications such as Word, Excel, PowerPoint, Outlook, OneNote, and Teams. *See Where Can You Access Copilot?*, Microsoft (Mar. 19, 2026), https://www.microsoft.com/en-us/microsoft-copilot/for-individuals/do-more-with-ai/general-

18

ai/where-can-you-access-copilot?form=MA13MY; *Microsoft 365 Overview*, Microsoft, https://learn.microsoft.com/en-us/copilot/microsoft-365/microsoft-365-copilot-overview (last visited Apr. 22, 2026).



Source:    *Copilot In Microsoft 365 Apps*, Microsoft, https://www.microsoft.com/en-us/microsoft-365-copilot/in-apps-for-work#tabs-pill-bar-oc58d2_tab1 (last visited Apr. 22, 2026)

49.    Microsoft also offers various enterprise-grade and specialized versions of Copilot. *See Which Copilot Is Right for Me or My Organization?*, Microsoft, https://learn.microsoft.com/en-us/copilot/microsoft-365/which-copilot-for-your-organization (last visited Apr. 22, 2026).

50.    Microsoft first launched its Copilot functionality in February 2023 under the name "Bing Chat," before rebranding to "Copilot" in November 2023. *See Our Vision to Bring Microsoft Copilot to Everyone, and More*, Microsoft Bing Blogs (Nov. 15, 2023), https://blogs.bing.com/search/november-2023/our-vision-to-bring-microsoft-copilot-to-everyone-and-more.

51.    A Microsoft Corporate Vice President has described how the Copilot functionality works: Microsoft developed a proprietary technology called Prometheus, which it described as "a first-of-its-kind AI model" that combines the "Bing search index, ranking, and answer results with the creative reasoning capabilities of OpenAI's most-advanced GPT models." Through a component called "Bing Orchestrator," Prometheus can iteratively generate internal queries designed to "provide an accurate and rich answer for the user query within the given conversation context." *Building the New Bing*, Microsoft Bing Blogs (Feb. 21, 2023), https://blogs.bing.com/search-quality-insights/february-2023/Building-the-New-Bing.    This iterative query generation enables Copilot's search functionality by allowing users to ask follow-up questions or prompts to refine their queries.

52.    Since its launch, Copilot has become central to Microsoft's business strategy and revenue. In its 2025 annual report, Microsoft included a section dedicated to its "Copilot family of products," explaining that the company "surpassed 100 million monthly active users across both commercial and consumer." *Annual Report 2025*, Microsoft (Oct. 15, 2025), https://www.microsoft.com/investor/reports/ar25/index.html.

53.    In its January 2026 earnings call, Microsoft revealed key metrics for its Copilot functionality for the first time. Microsoft announced that the company's revenue climbed 17%, beating market expectations, largely citing its enterprise AI strategy. Microsoft stated that "[d]aily users of our Copilot app increased nearly 3X year-over-year" and that "Microsoft Corporation 365 Copilot also is becoming a true daily habit with daily active users increasing 10X year-over-year." *Transcript: Microsoft Fiscal Year 2026 Second Quarter Earnings Conference Call*, Microsoft (Jan. 28, 2026), https://www.microsoft.com/en-us/investor/events/fy-2026/earnings-fy-2026-q2. Microsoft further explained that there were now "15 million paid Microsoft Corporation 365

Copilot seats and multiples more enterprise chat users," noting that "[t]he number of customers with over 35,000 seats tripled year over year. Fiserv, ING, NAST, University of Kentucky, University of Manchester, US Department of Interior, and Westpac all purchased over 35,000 seats." *Id.* Microsoft added that "Publicis alone purchased over 95,000 seats for nearly all its employees." *Id.*

54.     Microsoft offers numerous versions of Copilot, including Microsoft 365 for enterprise customers and Copilot Pro for individual users. As examples, Microsoft charges $30 per user per month for Microsoft 365 Copilot for enterprise customers and $20 per month for Copilot Pro for individual users. *See Microsoft Copilot Plans for Enterprise*, Microsoft, https://www.microsoft.com/en-us/microsoft-365-copilot/pricing/enterprise (last visited Apr. 22, 2026) (listing plan pricing for individual plans, business plans, enterprise plans, and studio plans for Copilot).

55.     Microsoft has invested heavily in the AI infrastructure that powers Microsoft's Copilot functionality. To deliver Copilot's functionalities, Microsoft must build and operate enormous amounts of specialized computing hardware, global data centers, and AI-optimized cloud infrastructure. Specifically, Copilot relies on Azure, Microsoft's worldwide network of supercomputers, to deliver the necessary computer power for Copilot to function at scale. During the second quarter of fiscal year 2026, Microsoft spent approximately $37.5 billion in capital expenditures, with about two-thirds aimed at powering its AI and cloud offerings. *See Transcript: Microsoft Fiscal Year 2026 Second Quarter Earnings Conference Call*, Microsoft (Jan. 28, 2026), https://www.microsoft.com/en-us/investor/events/fy-2026/earnings-fy-2026-q2.

56.     Microsoft has also aggressively promoted Copilot across its marketing channels. Microsoft's website features hundreds of customer success stories touting Copilot's capabilities,

and Microsoft has partnered with major companies to publicize their adoption of Copilot.

57.    Microsoft has created and disseminated extensive resources specifically designed to drive adoption of Copilot by third parties. Microsoft publishes a dedicated "Microsoft 365 Copilot Adoption" hub, which includes step-by-step adoption guides, deployment playbooks, a scenario library organized by business function, and a "Copilot Success Kit" containing readiness materials for IT administrators and end users. *See, e.g., Microsoft 365 Copilot Adoption*, Microsoft, https://adoption.microsoft.com/en-us/copilot/ (last visited Apr. 22, 2026).





Source:    *Microsoft 365 Copilot Implementation Framework*, Microsoft (Sept. 2025), https://adoption.microsoft.com/en-us/copilot/success-kit/ (last visited Apr. 22, 2026)

58.    Microsoft provides a scenario library with function-specific use cases—including for sales, marketing, finance, human resources, and IT—that instruct users how to use Copilot's search, summarization, and document-analysis functionalities in their daily workflows. *See Inspiration for AI Transformation*, Microsoft, https://adoption.microsoft.com/en-us/scenario-library/ (last visited Apr. 22, 2026); *Microsoft Scenario Library*, Microsoft, https://copilotscenarios.microsoft.com/ (last visited Apr. 22, 2026). Below are several examples of use case resources that Microsoft makes available online:

23









59.    Furthermore, Microsoft provides abundant training videos, e-books, infographics, and interactive guides designed to accelerate Copilot adoption within enterprise organizations. *See, e.g., Microsoft Copilot Learning Center*, Microsoft, https://www.microsoft.com/en-us/microsoft-365/copilot-learning-center/?ep=0&es=331&form=MG0AWW&cs=367099006 (last visited Apr. 22, 2026); *Microsoft Copilot User Engagement Tools and Templates*, Microsoft,

https://adoption.microsoft.com/en-us/copilot/user-engagement-tools-and-templates/ (last visited Apr. 22, 2026). Below are examples of resources offered by Microsoft directly instructing users to develop and input prompts into Copilot.





26



60.      In addition to resources focused on enterprise-level adoption of Copilot, Microsoft also encourages individuals to adopt Copilot for day-to-day use in their personal lives.



Source:    *A Day In the Life of a Law Student Using Copilot Chat*, Microsoft, https://adoption.microsoft.com/en-us/scenario-library/education/a-day-in-the-life-of-a-law-student-using-copilot-chat/ (last visited Apr. 22, 2026)

61.      Microsoft has also promoted and encouraged user adoption of Accused Functionality through in-person training sessions across the country, including in the State of

Texas. *See, e.g., AI In A Day*, The University of Texas at Austin, https://tech.utexas.edu/events/ai-day (last visited Apr. 22, 2026) (all-day Copilot training event presented by Microsoft).

62.    On July 24, 2025, Microsoft announced that "more than 85% of the Fortune 500 use[d] Microsoft AI solutions." *AI Business Impact: Microsoft AI Use Cases*, Microsoft (July 24, 2025), https://www.microsoft.com/en-us/microsoft-cloud/blog/2025/07/24/ai-powered-success-with-1000-stories-of-customer-transformation-and-innovation/. Microsoft's website touts the experiences of numerous major companies that rely on Copilot's functionalities as part of their operations. *See, e.g., AI In Action*, Microsoft, https://news.microsoft.com/ai-in-action?tech%5B%5D=20 (last visited Apr. 22, 2026) (listing "leading companies around the world" including Accenture, Adobe, Honeywell, Pearson, NASA, and Mercedes-Benz as using Microsoft 365 Copilot); *How Business Leaders Are Using Copilot Right Now*, Microsoft (Feb. 5, 2024), https://www.microsoft.com/en-us/worklab/how-business-leaders-are-using-copilot-right-now ("We asked six early adopters—from advertising executives to accounting experts—how their companies are using Microsoft 365 Copilot today."); *NFL and Microsoft Expand Partnership to Bring Copilot to the Sidelines and Beyond*, Microsoft (Aug. 20, 2025), https://news.microsoft.com/source/2025/08/20/nfl-and-microsoft-expand-partnership-to-bring-copilot-to-the-sidelines-and-beyond/.

63.    As shown below, Microsoft's website contains at least 993 search results for customer success stories related to Microsoft's product, "AI & Microsoft Copilot."

28



Source: *Find Customer Stories*, Microsoft, https://www.microsoft.com/en-us/customers/search?filters=product%3Aai-microsoft-copilot (last visited Apr. 22, 2026) (showing 993 results when filtering for "AI & Microsoft Copilot")

64.     Further, Microsoft itself relies on Copilot's functionalities to run its own operations. Microsoft refers to itself as "customer zero" for Copilot, touting itself as the first enterprise to deploy Copilot, as hundreds of thousands of employees use Copilot as part of their jobs. *Deploying Microsoft 365 Copilot in Five Chapters*, Microsoft (Jan. 29, 2026), https://www.microsoft.com/insidetrack/blog/deploying-microsoft-365-copilot-in-five-chapters/; *Our Year With Copilot: What Microsoft Has Learned About AI at Work*, Microsoft (Feb. 27, 2024), https://www.microsoft.com/en-us/worklab/our-year-with-copilot-what-microsoft-has-learned-about-ai-at-work; *A Day in the Life of a Microsoft Employee Using Copilot*, Microsoft (Feb. 12, 2026), https://www.microsoft.com/insidetrack/blog/a-day-in-the-life-of-a-microsoft-employee-using-copilot/ (documenting how a lead product manager in Microsoft Digital uses Copilot during her typical work day).

## NOTICE & WILLFUL INFRINGEMENT

65.     Microsoft's ongoing infringement of the Asserted Patents is willful. Microsoft has had knowledge of Mr. Soubbotin's inventions and the technology underlying the Asserted Patents since at least September 2007.

66.     In September 2007, Mr. Soubbotin reached out to Microsoft to discuss his invention and how Microsoft could benefit from either licensing or purchasing Semantic's technology.

67.     For example, Mr. Soubbotin wrote that Semantic's technology "can greatly enhance [Microsoft's] Live Search offering" by allowing it to "provid[e] a digest on the topic of the query by summarizing the top relevant search results." As he explained, Microsoft's incorporation of Semantic's technology would "take [the] top results returned by Microsoft Live . . . and summarizes them, preparing a concise digest on the topic of user's query. The pages are summarized together rather than each one separately. In other words, the boundaries of individual sources are crossed. We use a powerful multidocument summarization engine." He thus explained that "[t]he digest itself becomes the main result of user's search, as opposed to a list of links to individual Web pages."

68.     Microsoft responded to Mr. Soubbotin's proposal and scheduled a call for September 20, 2007, to discuss Mr. Soubbotin's proposal.

69.     After the discussion, Microsoft informed Mr. Soubbotin that it was reviewing his proposal with a "MSN Portfolio Manager." Microsoft also scheduled another call with Mr. Soubbotin to discuss the proposal further on November 2, 2007. Ultimately, however, Microsoft declined to pursue a licensing or acquisition arrangement with Mr. Soubbotin at the time.

70.     Microsoft's knowledge of the Asserted Patents is further reinforced through its own patent prosecution before the USPTO. For example, the USPTO has cited the Asserted Patents or

30

their family as prior art against Microsoft's own AI patent applications. Moreover, Microsoft itself has cited the Asserted Patents as references in its own patent applications.

71.    First, on September 19, 2025, in connection with Microsoft's patent application No. 18/186,120 (first inventor: Yu Zhang), the USPTO issued a Final Rejection of all twenty claims under 35 U.S.C. § 103 based on Mr. Soubbotin's U.S. Published Application No. 2012/0278300, the application that ultimately resulted in the '414 Patent asserted in this action.

72.    The Examiner cited U.S. Published Application No. 2012/0278300 as prior art in finding all twenty of Microsoft's search and summarization claims obvious.

73.    Second, in connection with Microsoft's patent application No. 18/211,808 (first inventor: Robin Abraham), the USPTO issued a Non-Final Rejection of all twenty claims under 35 U.S.C. § 102(a)(2) on February 9, 2026, finding every claim anticipated by Mr. Soubbotin's U.S. Patent No. 12,038,958—a continuation of the Asserted Patents.

74.    The Examiner found that U.S. Patent No. 12,038,958 disclosed each and every element of Microsoft's claimed methods for using large language models to generate documents with sections, subsections, and references to data sources. Microsoft's own arguments attempting to distinguish its claims from Mr. Soubbotin were rejected by the Examiner as unpersuasive.

75.    After learning of these rejections, Mr. Soubbotin reached out again to Microsoft. For example, Mr. Soubbotin emailed Microsoft in July 2025—stating that he had learned that Microsoft's Application No. 18/186,120 had been rejected on account of Semantic's '414 Patent and that Microsoft's Application No. 18/211,808 had been rejected on account of Semantic's U.S. Patent No. 12,038,958. He also explained: "This is not the only Microsoft patent application being currently blocked by my patent family. It appears that my inventions have predated some key components of the current strategic R&D drive of Microsoft."

76. Mr. Soubbotin thus invited Microsoft to negotiate for a license—stating: "I have always had great respect for Microsoft as a company, and would be happy to reconcile these matters in an amicable and constructive way."

77. Microsoft did not respond to Mr. Soubbotin's communications.

78. Having heard nothing, Mr. Soubbotin emailed Microsoft again in September 2025—stating: "I've just noticed that two Microsoft applications (18211808 and 18186120) have just received Final Rejection from [the] USPTO, due to my patents being prior art. To me, this makes an even stronger case for a lead industry player like Microsoft to rely on a robust IP for its strategic development. Please let me know if you'd like to discuss this."

79. The same day, Mr. Soubbotin separately stated: "I am an inventor with a patent family in the field of Internet search. I have noticed that two Microsoft patent applications have just received a Final Rejection from [the] USPTO, due to my patents being prior art. The applications are 18211808 and 18186120. While these are only two of many Microsoft applications, I believe that my patents underlie the whole strategic drive by Microsoft in the field of search combined with AI. I think it would be of great importance for Microsoft to rely on robust IP in this competitive field. Please let me know if you'd like to discuss this."

80. Microsoft responded to Mr. Soubbotin's email the following week, including by stating: "Microsoft is not currently considering unsolicited offers to purchase or license patents."

81. Additionally, Microsoft has cited the Asserted Patents as references in its own patent applications filed with the USPTO. Microsoft cited the '358 Patent as a reference in its Application No. 12/777,323. Microsoft also cited U.S. Patent No. 12,038,958—a continuation of the Asserted Patents—as a reference in its patent Application No. 18/940,822. These citations

32

demonstrate that Microsoft was aware of and reviewed the Asserted Patents in connection with its own patent prosecution efforts.

82.     As the above demonstrates, Microsoft had actual knowledge of the Asserted Patents and the inventions claimed therein prior to the filing of this Complaint. Despite this knowledge, Microsoft refused to license the Asserted Patents and continued to develop, launch, and commercially scale its Copilot functionality to generate substantial revenue from products that practice them, without obtaining a license from Semantic. For at least these reasons, Microsoft has notice of the Asserted Patents and its infringement of them and its infringement was and continues to be willful and deliberate.

**COUNT ONE**
**INFRINGEMENT OF U.S. PATENT NO. 8,239,358**

83.     Plaintiff repeats and incorporates by reference each preceding paragraph as if fully set forth herein and further states:

84.     Microsoft has infringed and continues to directly infringe the '358 Patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using, selling, or offering for sale in the United States, and/or importing into the United States, without authorization, various products and offerings that practice claims of the '358 Patent, including through the Accused Functionality, which Microsoft has also referred to as "Prometheus" and "Bing Chat."

85.     For example, Claim 1 is illustrative of the claims of the '358 Patent. It recites "[a] method for searching multiple documents on a computer system, the method comprising steps for:

> sending a query to a system core where said query is passed to a search component for searching the documents, said system core in turn receiving results from said search component indicating related documents to said query and passing to a summarization component a specified number of said results where said summarization component processes related documents corresponding to said specified number of results to produce a multi-document summary comprising a digest, on a topic specified by said query,

produced by analyzing syntax and semantics of said related documents, extracting sentences and text fragments of said related documents where each of said sentences and text fragments further comprises an attached reference link to at least one related document from which each has been extracted, and combining said sentences and text fragments with their attached reference links into said digest, said system core receiving said multi-document summary from said summarization component;

receiving from said system core said multi-document summary for display as a product of said query;

steps for displaying said multi-document summary;

steps for receiving from said system core said results from said search component and displaying said results in addition to displaying said multi-document summary;

steps for extracting and displaying semantic concepts to a user; and

steps for enabling the user to use the presentation by the displaying steps to refine the query, to navigate to certain parts of said multi-document summary, to view a one of said related documents by choosing a one of said attached reference links in said di[g]est, to view a one of said related documents by choosing a one of said results from said search component, to request another multi-document summary, to exclude one or more sentence fragments from said requested another multi-document summary, to exclude one or more related documents from said requested another multi-document summary, to include one or more related documents excluded in said specified number of said results, to choose a display preference for said attached reference links, to modify or regroup the contents of said multi-document summary, and to save the currently displayed multi-document summary and to rate said multi-document summary feedback to said system core."

86.    As described below, Microsoft's Copilot functionality performs a method for searching multiple documents on a computer system that meets every element of this claim.[2]

87.    Copilot is offered as both a standalone product and through Microsoft products like Microsoft's operating system and Bing search products, and it has also been referred to as "Chat," "Bing Chat," or "Prometheus." Microsoft utilizes a proprietary technology called Prometheus, which functions by using Bing Orchestrator, Bing Index, Ranking & Answers (Bing Search), and a GenAI component. Bing Orchestrator manages the query workflow, Bing Search searches documents and returns results, and the GenAI component processes those results and generates

---

[2] This description of infringement is illustrative and not intended to be an exhaustive or limiting explanation of every manner in which the Microsoft Copilot functionality infringes.

responses.

88.     Prometheus and/or Bing Orchestrator (the "system core") is the integrating software layer that ties together the search and summarization functions. When a user submits a query through Copilot, the query is sent to Prometheus and/or Bing Orchestrator, which passes the query to Bing Search (the "search component"). Bing Search searches the documents and returns results indicating related documents to the system core, which then passes a specified number of those results to Microsoft's GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents (the "summarization component"), which performs the summarization function.

89.     This functionality is confirmed by Microsoft's Copilot responses.







90.     This functionality is further confirmed by Microsoft, which explained, "[W]e developed a proprietary technology we call Prometheus, which is a first-of-its-kind AI model that combines the fresh and comprehensive Bing index, ranking, and answers results with the creative reasoning capabilities of OpenAI's most-advanced GPT models. Prometheus leverages the power of Bing and GPT to generate a set of internal queries iteratively through a component called Bing

Orchestrator, and aims to provide an accurate and rich answer for the user query within the given conversation context." *Building the New Bing*, Microsoft Bing Blogs (Feb. 21, 2023), https://blogs.bing.com/search-quality-insights/february-2023/Building-the-New-Bing.

91.     The GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents, then processes related documents corresponding to produce a multi-document summary comprising a digest on a topic specified by the user's query. As Microsoft has explained, "Prometheus leverages the power of Bing and GPT to generate a set of internal queries iteratively through a component called Bing Orchestrator, and aims to provide an accurate and rich answer for the user query within the given conversation context. All within a matter of milliseconds. We refer to this Prometheus-generated answer as the Chat answer."

92.     The GenAI component utilizes a large language model ("LLM"), which analyzes syntax and semantics of text in order to generate responses. Copilot applies this analysis to the related documents retrieved by Bing Search.

93.     The GenAI component extracts sentences and text fragments from the related documents and combines them into the digest. Each sentence and text fragment in the resulting summary includes an attached reference link to at least one related document from which it was extracted.

94.     Prometheus and/or Bing Orchestrator (the system core) receives the completed multi-document summary from the GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents (the summarization component).

95.     Copilot displays the multi-document summary to the user.

96.     Copilot also receives the search results from Bing Search (via the system core) and displays those results alongside the multi-document summary.

97.    Copilot extracts and displays semantic concepts to the user, including, as shown below, by suggesting follow-up topics that are each preceded and/or followed by a question mark icon.





98.    Copilot enables the user to refine the query, including by rephrasing or modifying it. Copilot also enables the user to navigate to certain parts of the multi-document summary,

including via the scroll function.

99.   Copilot enables the user to view a related document by clicking on an attached reference link in the digest, displayed as superscripted numbers and hyperlinked text. Copilot also enables the user to view a related document by clicking on one of the search results displayed alongside the summary.

100.   Copilot enables the user to request another multi-document summary. In doing so, Copilot allows the user to exclude one or more sentence fragments from the requested another multi-document summary, to exclude one or more related documents from the requested another multi-document summary, and to include one or more related documents that were previously excluded from the specified number of results.

101.   Copilot allows the user to choose a display preference for the attached reference links. Copilot also allows the user to modify or regroup the contents of the multi-document summary. Copilot allows the user to save the currently displayed multi-document summary, including via the "Copilot Pages" feature. Finally, Copilot allows the user to rate the multi-document summary and provide that feedback to Prometheus and/or Bing Orchestrator (the system core), including via the displayed "thumbs up" and "thumbs down" buttons, as well as direct text feedback.

102.   Microsoft thus has directly infringed, and continues to directly infringe, each element of at least Claim 1 of the '358 Patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, without authorization, the Accused Functionality before the expiration date of the '358 Patent.

103.   In addition, Microsoft has indirectly infringed, and continues to indirectly infringe, the '358 Patent in violation of 35 U.S.C. § 271(b) by taking active steps to encourage and facilitate

direct infringement by third parties in the United States through the dissemination of the Accused Functionality and the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information relating to such products with knowledge and the specific intent that its efforts would result in the direct infringement of the '358 Patent.

104.    In addition to directly infringing the '358 Patent by making, using, selling, offering to sell, and/or importing infringing products into the United States, Microsoft also indirectly infringes one or more claims of the '358 Patent. Where acts constituting direct infringement of the '358 Patent may not be performed by Microsoft, such acts constituting direct infringement of the '358 Patent are performed by Microsoft's customers or end-users who act at the direction and/or control of Microsoft, with Microsoft's knowledge.

105.    Microsoft has been aware of the '358 Patent at least as of the filing of this Complaint. As detailed above, Microsoft has had knowledge of the Asserted Patents since at least September 2007.

106.    Microsoft indirectly infringes one or more claims of the '358 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, supplying, distributing, selling, and/or offering for sale the Accused Functionality for use by customers and end-users with full knowledge and intent that they use the same and that such use of the same would constitute direct infringement of the '358 Patent.

107.    Moreover, Microsoft intends to cause, and has taken affirmative steps to induce, infringement by customers and end-users, including, *inter alia*, by encouraging, promoting, instructing, and/or directing the infringing use of the Accused Functionality.

108.    Customers and end-users have heeded Microsoft's encouragement. As described

above, more than 85% of Fortune 500 companies use Microsoft AI solutions, Microsoft has accumulated over 15 million paid Microsoft 365 Copilot seats, and major enterprises have adopted Copilot as part of their operations.

109.    As detailed above, the Accused Functionality infringes at least Claim 1 of the '358 Patent. Accordingly, by encouraging, promoting, instructing, and/or directing users to use the Accused Functionality, Microsoft is actively inducing infringement of the '358 Patent in violation of 35 U.S.C. § 271(b).

110.    Microsoft's acts of infringement have caused damage to Plaintiff, and Plaintiff is entitled to recover from Microsoft (or any successor entity to Microsoft) the damages sustained by Plaintiff as a result of Microsoft's wrongful acts in an amount subject to proof at trial.

111.    As detailed above, Microsoft has had knowledge of the inventions described in the Asserted Patents since at least September 2007 and through its own patent prosecution, in which the USPTO has cited patents and published applications from the Asserted Patents' family as prior art against Microsoft's own AI patent applications. Despite this knowledge, Microsoft's infringement of the '358 Patent has been willful and deliberate, and Semantic is entitled to enhanced damages under 35 U.S.C. § 284.

112.    Plaintiff is entitled to all damages to which it otherwise is entitled because, among other things, 35 U.S.C. § 287 does not apply and/or has been satisfied.

**COUNT TWO**
**INFRINGEMENT OF U.S. PATENT NO. 9,218,414**

113.    Plaintiff repeats and incorporates by reference each preceding paragraph as if fully set forth herein and further states:

114.    Microsoft has infringed and continues to directly infringe the '414 Patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making,

using, selling, or offering for sale in the United States, and/or importing into the United States, without authorization, various products and offerings that practice claims of the '414 Patent, including through the Accused Functionality, which Microsoft has also referred to as "Prometheus" and "Bing Chat."

115. For example, Claim 1 is illustrative of the claims of the '414 Patent. It recites "[a] method comprising the steps of:

sending a query to a system core where said query is passed to a search component for searching documents, said searched documents comprising a plurality of media formats, in which said system core is configured to receive results from said search component that indicate at least one or many related documents of said query;

passing to a summarization component at least a specified number of said received results, wherein said summarization component is configured to generally process said related documents including non-textual media elements corresponding to said specified number of results to substantially produce a multi-document summary, said multi-document summary comprising a digest, on a topic generally specified by said query, produced by analyzing at least syntax, semantics, textual content associated with said related documents and said non-textual media elements;

extracting sentences and text fragments of said related documents, wherein said sentences and text fragments comprising an attached reference link to individual related documents from which said sentences and text fragments has been extracted;

combining said sentences and text fragments with their attached reference links into said digest, in which said system core is configure[d] to received said multi-document summary from said summarization component;

receiving from said system core said multi-document summary for display as a product of said query;

displaying said multi-document summary;

receiving from said system core said results from said search component and displaying said results in addition to displaying said multi-document summary; and

extracting and displaying semantic concepts to a user;

enabling said user to use a presentation by said displaying steps to refine said query, to navigate to certain parts of said multi-document summary, to view said related documents by choosing at least one of said attached reference links in said digest, to view at least one of said related documents by choosing at least one of said results from said search component, to request another multi-document summary, to exclude at least one or many

42

sentence fragments from said requested another multi-document summary, to exclude at least one or many related documents from said requested another multi-document summary, to include one or more related documents excluded in said specified number of said multi-document summary results, to choose a display preference for said attached reference links, to modify or regroup the contents of said multi-document summary, to choose a language for said query and said related documents, to substantially organize the contents of said multi-document summary, to save the currently displayed multi-document summary, and to rate said multi-document summary for feedback to said system core based at least on satisfaction and quality."

116.    As described below, the Accused Functionality performs a method that meets every element of this Claim.[3]

117.    Copilot is offered as both a standalone product and through Microsoft products like Microsoft's operating system and Bing search products, and it has also been referred to as "Chat," "Bing Chat," or "Prometheus." Microsoft utilizes a proprietary technology called Prometheus, which functions by using Bing Orchestrator, Bing Index, Ranking & Answers (Bing Search), and a GenAI component. Bing Orchestrator manages the query workflow, Bing Search searches documents and returns results, and the GenAI component processes those results and generates responses.

118.    Prometheus and/or Bing Orchestrator (the "system core") is the integrating software layer that ties together the search and summarization functions. When a user submits a query through Copilot, the query is sent to Prometheus and/or Bing Orchestrator, which passes the query to Bing Search (the "search component"). Bing Search searches the documents—which comprise a plurality of media formats, including text and images and/or video—and returns results indicating related documents to the system core, which then passes a specified number of those results to Microsoft's GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents (the "summarization component"), which performs

---

[3] This description of infringement is illustrative and not intended to be an exhaustive or limiting explanation of every manner in which the Microsoft Copilot functionality infringes.

the summarization function.

119.    This functionality is confirmed by Microsoft's Copilot responses.

120.    This functionality is further confirmed by Microsoft, which explained, "[W]e developed a proprietary technology we call Prometheus, which is a first-of-its-kind AI model that combines the fresh and comprehensive Bing index, ranking, and answers results with the creative reasoning capabilities of OpenAI's most-advanced GPT models. Prometheus leverages the power of Bing and GPT to generate a set of internal queries iteratively through a component called Bing Orchestrator, and aims to provide an accurate and rich answer for the user query within the given conversation context." *Building the New Bing*, Microsoft Bing Blogs (Feb. 21, 2023), https://blogs.bing.com/search-quality-insights/february-2023/Building-the-New-Bing.

121.    The GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents, is configured to generally process the related documents including non-textual media elements corresponding to produce a multi-document summary comprising a digest on a topic generally specified by the user's query. As Microsoft has explained, "Prometheus leverages the power of Bing and GPT to generate a set of internal queries iteratively through a component called Bing Orchestrator, and aims to provide an accurate and rich answer for the user query within the given conversation context. All within a matter of milliseconds. We refer to this Prometheus-generated answer as the Chat answer."

122.    The GenAI component utilizes a large language model ("LLM"), which analyzes at least syntax, semantics, and textual content associated with the related documents and non-textual media elements in order to generate responses. Copilot applies this analysis to the related documents retrieved by Bing Search. The GenAI component is also configured to analyze non-textual media elements, as evidenced by the fact that the resulting multi-document summary may

comprise such non-textual media elements.



123.     The GenAI component extracts sentences and text fragments from the related documents and combines them into the digest. Each sentence and text fragment in the resulting summary includes an attached reference link to at least one related document from which it was extracted.

124.     Prometheus and/or Bing Orchestrator (the system core) receives the completed multi-document summary from the GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents (the summarization component).

125.     Copilot displays the multi-document summary to the user.

126.     Copilot also receives the search results from Bing Search (via the system core) and displays those results alongside the multi-document summary.

127.     Copilot extracts and displays semantic concepts to the user, including, as shown below, by suggesting follow-up topics that are each preceded and/or followed by a question mark icon.

128. Copilot enables the user to refine the query, including by rephrasing or modifying it. Copilot also enables the user to navigate to certain parts of the multi-document summary, including via the scroll function.

129. Copilot enables the user to view a related document by clicking on an attached reference link in the digest, displayed as superscripted numbers and hyperlinked text. Copilot also enables the user to view a related document by clicking on one of the search results displayed alongside the summary.

130. Copilot enables the user to request another multi-document summary. In doing so, Copilot allows the user to exclude one or more sentence fragments from the requested another multi-document summary, to exclude one or more related documents from the requested another multi-document summary, and to include one or more related documents that were previously excluded from the specified number of results.

131. Copilot allows the user to choose a display preference for the attached reference links. Copilot also allows the user to modify or regroup the contents of the multi-document summary.

132. Copilot allows the user to choose a language for the query and the related documents.



133.     Copilot allows the user to substantially organize the contents of the multi-document

summary.











134. Copilot allows the user to save the currently displayed multi-document summary, including via the "Copilot Pages" feature.







135.    Finally, Copilot allows the user to rate the multi-document summary and provide that feedback to Prometheus and/or Bing Orchestrator (the system core) based at least on satisfaction and quality, including via the displayed "thumbs up" and "thumbs down" buttons, as well as direct text feedback.



51



136.    Microsoft thus has directly infringed, and continues to directly infringe, each element of at least Claim 1 of the '414 Patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, without authorization, the Accused Functionality before the expiration date of the '414 Patent.

137.    In addition, Microsoft has indirectly infringed, and continues to indirectly infringe, the '414 Patent in violation of 35 U.S.C. § 271(b) by taking active steps to encourage and facilitate direct infringement by third parties in the United States through the dissemination of the Accused Functionality and the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information relating to such products with knowledge and the specific intent that its efforts would result in the direct infringement of the '414 Patent.

138.    In addition to directly infringing the '414 Patent by making, using, selling, offering to sell, and/or importing infringing products into the United States, Microsoft also indirectly infringes one or more claims of the '414 Patent. Where acts constituting direct infringement of the

'414 Patent may not be performed by Microsoft, such acts constituting direct infringement of the '414 Patent are performed by Microsoft's customers or end-users who act at the direction and/or control of Microsoft, with Microsoft's knowledge.

139.    Microsoft has been aware of the '414 Patent at least as of the filing of this Complaint. As detailed above, Microsoft has had knowledge of the Asserted Patents since at least September 2007.

140.    Microsoft indirectly infringes one or more claims of the '414 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, supplying, distributing, selling, and/or offering for sale the Accused Functionality for use by customers and end-users with full knowledge and intent that they use the same and that such use of the same would constitute direct infringement of the '414 Patent.

141.    Moreover, Microsoft intends to cause, and has taken affirmative steps to induce, infringement by customers and end-users, including, *inter alia*, by encouraging, promoting, instructing, and/or directing the infringing use of the Accused Functionality.

142.    Customers and end-users have heeded Microsoft's encouragement. As described above, more than 85% of Fortune 500 companies use Microsoft AI solutions, Microsoft has accumulated over 15 million paid Microsoft 365 Copilot seats, and major enterprises have adopted Copilot as part of their operations.

143.    As detailed above, the Accused Functionality infringes at least Claim 1 of the '414 Patent. Accordingly, by encouraging, promoting, instructing, and/or directing users to use the Accused Functionality, Microsoft is actively inducing infringement of the '414 Patent in violation of 35 U.S.C. § 271(b).

144.    Microsoft's acts of infringement have caused damage to Plaintiff, and Plaintiff is entitled to recover from Microsoft (or any successor entity to Microsoft) the damages sustained by Plaintiff as a result of Microsoft's wrongful acts in an amount subject to proof at trial.

145.    As detailed above, Microsoft has had knowledge of the inventions described in the Asserted Patents since at least September 2007 and through its own patent prosecution, in which the USPTO has cited patents and published applications from the Asserted Patents' family as prior art against Microsoft's own AI patent applications. Despite this knowledge, Microsoft's infringement of the '414 Patent has been willful and deliberate, and Semantic is entitled to enhanced damages under 35 U.S.C. § 284.

146.    Plaintiff is entitled to all damages to which it otherwise is entitled because, among other things, 35 U.S.C. § 287 does not apply and/or has been satisfied.

**COUNT THREE**
**INFRINGEMENT OF U.S. PATENT NO. 10,783,192**

147.    Plaintiff repeats and incorporates by reference each preceding paragraph as if fully set forth herein and further states:

148.    Microsoft has infringed and continues to directly infringe the '192 Patent in violation of 35 U.S.C. § 271(a), either literally or through the doctrine of equivalents, by making, using, selling, or offering for sale in the United States, and/or importing into the United States, without authorization, various products and offerings that practice claims of the '192 Patent, including through the Accused Functionality, which Microsoft has also referred to as "Prometheus" and "Bing Chat."

149.    For example, Claim 1 is illustrative of the claims of the '192 Patent. It recites "[a] method for searching multiple documents on a computer system, the method comprising steps for:

inputting, by at least one of a voice input and a touch input, a query;

sending the query to a system core where said query is passed to a search component for searching the documents, said system core in turn receiving results from said search component indicating related documents to said query;

passing to a summarization component a specified number of said results where said summarization component processes related documents corresponding to said specified number of results to produce a multi-document summary comprising a digest, on a topic specified by said query, produced by analyzing syntax and semantics of said related documents;

removing duplicate results from said multi-document summary;

extracting sentences and text fragments of said related documents where each of said sentences and text fragments further comprises an attached reference link to at least one related document from which each has been extracted;

[said system] core receiving said multi-document summary from said summarization component;

receiving from said system core said multi-document summary for display as a product of said query;

displaying said multi-document summary;

receiving from said system core said results from said search component;

displaying said results in addition to displaying said multi-document summary;

extracting and displaying semantic concepts to a user;

enabling the user to use the presentation by the displaying steps to refine the query, to navigate to certain parts of said multi-document summary, to view a one of said related documents by choosing a one of said attached reference links in said digest, to view a one of said related documents by choosing a one of said results from said search component, to request another multi-document summary, to exclude one or more sentence fragments from said requested another multi-document summary, to exclude one or more related documents from said requested another multi-document summary, to include one or more related documents excluded in said specified number of said results, to choose a display preference for said attached reference links, to modify or regroup the contents of said multi-document summary, to save the currently displayed multi-document summary and to rate said multi-document summary feedback to said system core."

150.    As described below, the Accused Functionality performs a method for searching multiple documents on a computer system that meets every element of this claim.[4]

151.    Copilot is offered as both a standalone product and through Microsoft products like Microsoft's operating system and Bing search products, and it has also been referred to as "Chat," "Bing Chat," or "Prometheus." Microsoft utilizes a proprietary technology called Prometheus, which functions by using Bing Orchestrator, Bing Index, Ranking & Answers (Bing Search), and a GenAI component. Bing Orchestrator manages the query workflow, Bing Search searches documents and returns results, and the GenAI component processes those results and generates responses.

152.    Copilot is configured to accept queries via both voice input and touch input.



153.    Prometheus and/or Bing Orchestrator (the "system core") is the integrating software layer that ties together the search and summarization functions. When a user submits a

_____

[4] This description of infringement is illustrative and not intended to be an exhaustive or limiting explanation of every manner in which the Microsoft Copilot functionality infringes.

query through Copilot, the query is sent to Prometheus and/or Bing Orchestrator, which passes the query to Bing Search (the "search component"). Bing Search searches the documents and returns results indicating related documents to the system core, which then passes a specified number of those results to Microsoft's GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents (the "summarization component"), which performs the summarization function.

154.    This functionality is confirmed by Microsoft's Copilot responses.

155.    This functionality is further confirmed by Microsoft, which explained, "[W]e developed a proprietary technology we call Prometheus, which is a first-of-its-kind AI model that combines the fresh and comprehensive Bing index, ranking, and answers results with the creative reasoning capabilities of OpenAI's most-advanced GPT models. Prometheus leverages the power of Bing and GPT to generate a set of internal queries iteratively through a component called Bing Orchestrator, and aims to provide an accurate and rich answer for the user query within the given conversation context." *Building the New Bing*, Microsoft Bing Blogs (Feb. 21, 2023), https://blogs.bing.com/search-quality-insights/february-2023/Building-the-New-Bing.

156.    The GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents, then processes related documents corresponding to produce a multi-document summary comprising a digest on a topic specified by the user's query. As Microsoft has explained, "Prometheus leverages the power of Bing and GPT to generate a set of internal queries iteratively through a component called Bing Orchestrator, and aims to provide an accurate and rich answer for the user query within the given conversation context. All within a matter of milliseconds. We refer to this Prometheus-generated answer as the Chat answer."

157.    The GenAI component utilizes a large language model ("LLM"), which analyzes

57

syntax and semantics of text in order to generate responses. Copilot applies this analysis to the related documents retrieved by Bing Search.

158.    Copilot is configured such that duplicate results are removed from the multi-document summary.





159.    The GenAI component extracts sentences and text fragments from the related

documents and combines them into the digest. Each sentence and text fragment in the resulting summary includes an attached reference link to at least one related document from which it was extracted.

160.    Prometheus and/or Bing Orchestrator (the system core) receives the completed multi-document summary from the GenAI component, which can operate as the multi-document summarization component disclosed in the Asserted Patents (the summarization component).

161.    Copilot displays the multi-document summary to the user.

162.    Copilot also receives the search results from Bing Search (via the system core) and displays those results alongside the multi-document summary.

163.    Copilot extracts and displays semantic concepts to the user, including, as shown below, by suggesting follow-up topics that are each preceded and/or followed by a question mark icon.

164.    Copilot enables the user to refine the query, including by rephrasing or modifying it. Copilot also enables the user to navigate to certain parts of the multi-document summary, including via the scroll function.

165.    Copilot enables the user to view a related document by clicking on an attached reference link in the digest, displayed as superscripted numbers and hyperlinked text. Copilot also enables the user to view a related document by clicking on one of the search results displayed alongside the summary.

166.    Copilot enables the user to request another multi-document summary. In doing so, Copilot allows the user to exclude one or more sentence fragments from the requested another multi-document summary, to exclude one or more related documents from the requested another multi-document summary, and to include one or more related documents that were previously

excluded from the specified number of results.

167.    Copilot allows the user to choose a display preference for the attached reference links. Copilot also allows the user to modify or regroup the contents of the multi-document summary. Copilot allows the user to save the currently displayed multi-document summary, including via the "Copilot Pages" feature.

168.    Finally, Copilot allows the user to rate the multi-document summary and provide that feedback to Prometheus and/or Bing Orchestrator (the system core), including via the displayed "thumbs up" and "thumbs down" buttons, as well as direct text feedback.

169.    Microsoft thus has directly infringed, and continues to directly infringe, each element of at least Claim 1 of the '192 Patent by making, using, selling, and/or offering for sale in the United States, and/or importing into the United States, without authorization, the Accused Functionality before the expiration date of the '192 Patent.

170.    In addition, Microsoft has indirectly infringed, and continues to indirectly infringe, the '192 Patent in violation of 35 U.S.C. § 271(b) by taking active steps to encourage and facilitate direct infringement by third parties in the United States through the dissemination of the Accused Functionality and the creation and dissemination of promotional and marketing materials, supporting materials, instructions, product manuals, and/or technical information relating to such products with knowledge and the specific intent that its efforts would result in the direct infringement of the '192 Patent.

171.    In addition to directly infringing the '192 Patent by making, using, selling, offering to sell, and/or importing infringing products into the United States, Microsoft also indirectly infringes one or more claims of the '192 Patent. Where acts constituting direct infringement of the '192 Patent may not be performed by Microsoft, such acts constituting direct infringement of the

'192 Patent are performed by Microsoft's customers or end-users who act at the direction and/or control of Microsoft, with Microsoft's knowledge.

172.   Microsoft has been aware of the '192 Patent at least as of the filing of this Complaint. As detailed above, Microsoft has had knowledge of the Asserted Patents since at least September 2007.

173.   Microsoft indirectly infringes one or more claims of the '192 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, supplying, distributing, selling, and/or offering for sale the Accused Functionality for use by customers and end-users with full knowledge and intent that they use the same and that such use of the same would constitute direct infringement of the '192 Patent.

174.   Moreover, Microsoft intends to cause, and has taken affirmative steps to induce, infringement by customers and end-users, including, *inter alia*, by encouraging, promoting, instructing, and/or directing the infringing use of the Accused Functionality.

175.   Customers and end-users have heeded Microsoft's encouragement. As described above, more than 85% of Fortune 500 companies use Microsoft AI solutions, Microsoft has accumulated over 15 million paid Microsoft 365 Copilot seats, and major enterprises have adopted Copilot as part of their operations.

176.   As detailed above, the Accused Functionality infringes at least Claim 1 of the '192 Patent. Accordingly, by encouraging, promoting, instructing, and/or directing users to use the Accused Functionality, Microsoft is actively inducing infringement of the '192 Patent in violation of 35 U.S.C. § 271(b).

177.   Microsoft's acts of infringement have caused damage to Plaintiff, and Plaintiff is entitled to recover from Microsoft (or any successor entity to Microsoft) the damages sustained by

61

Plaintiff as a result of Microsoft's wrongful acts in an amount subject to proof at trial.

178.    As detailed above, Microsoft has had knowledge of the inventions described in the Asserted Patents since at least September 2007 and through its own patent prosecution, in which the USPTO has cited patents and published applications from the Asserted Patents' family as prior art against Microsoft's own AI patent applications. Despite this knowledge, Microsoft's infringement of the '192 Patent has been willful and deliberate, and Semantic is entitled to enhanced damages under 35 U.S.C. § 284.

179.    Plaintiff is entitled to all damages to which it otherwise is entitled because, among other things, 35 U.S.C. § 287 does not apply and/or has been satisfied.

## DEMAND FOR JURY TRIAL

180.    Plaintiff hereby demands a jury trial for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests entry of judgment in its favor and against Defendant Microsoft as follows:

A.    Declaring that Microsoft has infringed, and continues to infringe, the '358 Patent;

B.    Declaring that Microsoft has infringed, and continues to infringe, the '414 Patent;

C.    Declaring that Microsoft has infringed, and continues to infringe, the '192 Patent;

D.    Awarding lost profits and/or reasonable royalty damages to Plaintiff in an amount no less than a reasonable royalty for Microsoft's infringement of the Asserted Patents, together with prejudgment and post-judgment interest and costs as permitted under 35 U.S.C. § 284 without any limitation by 35 U.S.C. § 287.

E.    Declaring that Microsoft's infringement of the Asserted Patents has been willful and deliberate, and awarding enhanced damages pursuant to 35 U.S.C. § 284;

62

F.      Awarding attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law;

G.      Ordering Microsoft to pay supplemental damages to Plaintiff, including any ongoing royalties and interest, with an accounting, as needed;

H.      Enjoining Microsoft from practicing the Asserted Patents; and

I.      Awarding such other costs and further relief as the Court may deem just and proper.

Dated:  April 23, 2026

Respectfully submitted,

*/s/ Andres Healy*
Andres Healy – Lead Counsel
Washington State Bar No. 45578
Matthew R. Berry
Washington State Bar No. 37364
John E. Schiltz
Washington State Bar No. 48973
SUSMAN GODFREY L.L.P.
401 Union St., Suite 3000
Seattle, Washington 98101
Tel: (206) 516-3880
Fax: (206) 516-3883
ahealy@susmangodfrey.com
mberry@susmangodfrey.com
jschiltz@susmangodfrey.com

Kaholi Kiyonami (*pro hac vice* forthcoming)
District of Columbia Bar No. 90007351
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Tel: 212-336-8330
Fax: 212-336-8340
kkiyonami@susmangodfrey.com

Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: (903) 757-6400
Fax: (903) 757-2323
claire@wsfirm.com

64

*Attorneys for Plaintiff Semantic Engines LLC*