**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SEMANTIC ENGINES LLC,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:26-cv-339-JRG |

**JOINT MOTION FOR ENTRY OF PARTIALLY DISPUTED PROTECTIVE ORDER**

Plaintiff Semantic Engines LLC ("Semantic") and Defendant Microsoft Corporation ("Microsoft") file this Joint Motion for Entry of Partially Disputed Protective Order, attached as Exhibit 1. The parties agree on all provisions except those contained in highlighted text in Paragraphs 14 and 30. For each disputed provision, the highlighted text presents each party's competing proposed language, with supporting arguments in corresponding footnotes.

The parties respectfully request that the Court resolve the disputed provisions and enter the proposed protective order.

Date: August 10, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
Matthew R. Berry
Washington State Bar No. 37364
mberry@susmangodfrey.com
John Schiltz
Washington State Bar No. 48973
jschiltz@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street Suite 3000
Seattle, WA 98101-2683

Lora Brzezynski (admitted in E.D. Tex.)
District of Columbia Bar No 444261
*lora.brzezynski@faegredrinker.com*
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Tel.: (202) 842-8800
Fax: (202) 842-8465

Carrie A. Beyer (admitted in E.D. Tex.)
Illinois State Bar No. 06282524
*carrie.beyer@faegredrinker.com*
Devin P. Stein (admitted in E.D. Tex.)
Illinois State Bar No. 6353900
*devin.stein@faegredrinker.com*
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Tel.: (312) 569-1000
Fax: (312) 569-3000

Thatcher A. Rahmeier (admitted in E.D. Tex.)
Delaware State Bar No. 5222
*thatcher.rahmeier@faegredrinker.com*
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201

Elizabeth M.C. Scheibel (admitted in E.D. Tex.)
Minnesota State Bar No. 0399400
*elizabeth.scheibel@faegredrinker.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Defendant*
*Microsoft Corporation*

Telephone: (206) 505-3880
Facsimile: (206) 516-3883

Kaholi Kiyonami
District of Columbia Bar No. 90007351
kkiyonami@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
MILLER FAIR HENRY, PLLC
*1507 Bill Owens Parkway*
Longview, TX 75604
Phone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff*
*Semantic Engines LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h) and (i), the Parties met and conferred about the proposed protective order by teleconference on August 7, 2026 and were able to reach agreement on all provisions except the highlighted provisions, for which the parties reached an impasse. Andres Healy and Kaholi Kiyonami attended on behalf of Plaintiff, and Elizabeth M.C. Scheibel attended on behalf of Defendant.

*/s/ Andres C. Healy*
Andres C. Healy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andres C. Healy*
Andres C. Healy