**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SEMANTIC ENGINES LLC,<br><br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:26-cv-339-JRG |

**JOINT MOTION FOR LEAVE TO AMEND DOCKET CONTROL ORDER**

Plaintiff Semantic Engines LLC and Defendant Microsoft Corporation jointly move to amend the Court's July 24, 2026 Docket Control Order.

First, the parties agree to amend the Deadline for Defendant to Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) and to Comply with Standing Order Regarding Subject-Matter Eligibility Contentions from August 31, 2026, to October 16, 2026.

Second, the parties agree to amend the Deadline to Complete Fact Discovery and File Motions to Compel Discovery from January 18, 2028, to December 15, 2027. This amendment will enable the parties to avoid scheduling depositions during the holiday season and provide adequate time between the close of fact discovery and the deadlines for expert disclosures.

Third, the parties agree to amend the Deadline to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof from January 18, 2028, to January 14, 2028, and to amend the Deadline to Serve Disclosures for Rebuttal Expert Witnesses from February 7, 2028, to February 10, 2028.

Fourth and last, the parties agree to amend the chart of deadlines to add the Deadline to Submit Joint Notice Indicating Whether the Case Should Be Referred for Mediation, which is two weeks after Court's issuance of Claim Construction Order. This deadline already appears in the

"Additional Requirements" section of the Docket Control Order, and the parties propose adding it to the chart to aid in tracking deadlines.

Accordingly, the parties jointly move the Court for entry of the attached First Amended Docket Control Order attached as Exhibit 1.

Date: August 20, 2026

Respectfully submitted,

*/s/ Andres C. Healy*
Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
Matthew R. Berry
Washington State Bar No. 37364
mberry@susmangodfrey.com
John Schiltz
Washington State Bar No. 48973
jschiltz@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 505-3880
Facsimile: (206) 516-3883

Kaholi Kiyonami
District of Columbia Bar No. 90007351
kkiyonami@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Claire Abernathy Henry
Texas State Bar No. 24053063
claire@millerfairhenry.com
Garrett C. Parish
Texas Bar No. 24125824
garrett@millerfairhenry.com
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
*melissa@gillamsmithlaw.com*
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**FAEGRE DRINKER BIDDLE & REATH LLP**
Lora A. Brzezynski (admitted in E.D. Tex.)
District of Columbia Bar No 444261
*lora.brzezynski@faegredrinker.com*
1500 K Street NW, Suite 1100
Washington, D.C. 20005
Tel.: (202) 842-8800
Fax: (202) 842-8465

Carrie A. Beyer (admitted in E.D. Tex.)
Illinois State Bar No. 06282524
*carrie.beyer@faegredrinker.com*
Devin P. Stein (admitted in E.D. Tex.)
Illinois State Bar No. 6353900
*devin.stein@faegredrinker.com*
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Tel.: (312) 569-1000
Fax: (312) 569-3000

Thatcher A. Rahmeier (admitted in E.D. Tex.)
Delaware State Bar No. 5222
*thatcher.rahmeier@faegredrinker.com*

222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Fax: (302) 467-4201

Elizabeth M.C. Scheibel (admitted in E.D. Tex.)
Minnesota State Bar No. 0399400
*elizabeth.scheibel@faegredrinker.com*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Defendant*
*Microsoft Corporation*

Phone: (903) 757-6400
Facsimile: (903) 757-2323

*Attorneys for Plaintiff Semantic Engines LLC*

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Semantic has met and conferred with counsel for Microsoft, including via email on August 20, 2026. Counsel confirmed that Microsoft agrees to join in the foregoing motion.

*/s/ Andres C. Healy*
Andres C. Healy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andres C. Healy*
Andres C. Healy