**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SEMANTIC ENGINES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00339-JRG |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Before the Court is the Plaintiff's Unopposed Motion for Leave to Serve First Amended Infringement Contentions on Defendant (the "Motion") filed by Plaintiff Semantic Engines LLC ("Plaintiff"). (Dkt. No. 34.) In the Motion, Plaintiff moves for leave to serve its First Amended Infringement Contentions on Defendant Microsoft Corporation. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

**So ORDERED and SIGNED this 25th day of August, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE